UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ELDIN RAMIC,

Plaintiff,

6:05-CV-0348 (DNH)(DEP)

v.

MOHAWK VALLEY COMMUNITY COLLEGE,

Defendant.

---

APPEARANCES:

ELDIN RAMIC
Plaintiff, *pro se*

DAVID N. HURD
United States District Judge

**O R D E R**

Presently before this Court is an amended complaint filed by Eldin Ramic ("plaintiff" or "Ramic") in accordance with this Court's March 28, 2005 Order ("March Order"). Plaintiff was previously granted leave to proceed with this action *in forma pauperis*.

In his complaint plaintiff alleges that the defendant, Mohawk Valley Community College, has conducted illegal research by way of surveillance equipment that was planted in his apartment, and by having L.B. Security and select students follow plaintiff. Docket No. 6, page 2. Plaintiff also makes conclusory allegations that some of his school work was posted in the Internet, and that he received failing grades in two classes which he claims were the result of discriminatory grading. *Id.,* page 3. Plaintiff does not allege who the individual perpetrators of these alleged acts are, nor does plaintiff state the relief he seeks in this action.

28 U.S.C. § 1915(e), as amended, directs that the Court:

> (2) [S]hall dismiss the case at any time if the court determines that -
>
> ***
>
> (B) the action ... (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. § 1915(e)(2)(B). Thus, there is a responsibility on the court to determine that a complaint may be properly maintained in the District before it may permit a plaintiff to proceed with an action *in forma pauperis*. *Id.*

Plaintiff has previously advised of his need to set forth his claims with sufficient specificity to permit this Court to determine that a cause of action has been plead and that it is properly before this Court. However, plaintiff has once again failed to set forth sufficient information to permit this Court to find that he has stated a cause of action against the defendant named therein. Accordingly, plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District.

WHEREFORE, it is hereby

ORDERED, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District, and it is further

ORDERED, that the Clerk serve a copy this Order on Ramic by regular mail.

IT IS SO ORDERED.

Dated: July 6, 2005
Utica, New York.

United States District Judge